## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

US Commodity Futures Trading Commission, et al.

                                    Plaintiff,

v.                                              Case No.: 1:15−cv−02881

                                                              Honorable John Robert Blakey

Kraft Foods Group, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2019:

       MINUTE entry before the Honorable John Robert Blakey: Settlement conference held on 3/22/2019. Parties have reached a binding agreement, and all material terms were placed on the record. The parties shall submit a proposed consent order to this Court's proposed order inbox before the next court date. Consistent with the settlement protocol, the parties may not discuss the settlement conference. The case is set for a status on 5/28/2019 at 9:45 a.m. in Courtroom 1203. All other pending dates and deadlines are stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.