# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

US Commodity Futures Trading Commission, et al.

    Plaintiff,

v.

Kraft Foods Group, Inc., et al.

    Defendant.

Case No.: 1:15−cv−02881

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

    MINUTE entry before the Honorable John Robert Blakey: Oral agreed motion to set case for emergency status is granted. Emergency status hearing is set for 8/19/2019 at 10:30 a.m. in Courtroom 1203. No telephonic appearances will be permitted. Plaintiff should come prepared to answer allegations it has violated court orders and should be held in contempt and or subject to sanctions. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.