# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KRAFT FOODS GROUP, INC. and )<br>MONDELĒZ GLOBAL LLC, )<br>)<br>Defendants. ) | Case No. 15 C 2881<br><br>Judge John Robert Blakey |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Monday, August 19, 2019 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, Defendants shall appear before the Honorable John Robert Blakey in Courtroom 1203 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Motion for Contempt, Sanctions, and Other Relief**.

Dated: August 16, 2019

Respectfully submitted,

KRAFT FOODS GROUP, INC. and
MONDELĒZ GLOBAL LLC

/s/ Dean N. Panos

Dean N. Panos
J. Kevin McCall
Nicole A. Allen
Thomas E. Quinn
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 222-9350

Gregory S. Kaufman (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth St., N.W., Suite 700
Washington, D.C. 20001
Telephone: (202) 383-0325
Email: gregkaufman@eversheds-sutherland.com

*Attorneys for Kraft Foods Group, Inc. and Mondelēz Global, LLC*