# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: U.S. Commodity Futures Trading Commission v. Kraft Food Group, Inc., and Mondelez Global, LLC.

Case Number: 15-cv-2881

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff U.S. Commodity Futures Trading Commission

Attorney name (type or print): Robert A. Schwartz

Firm: U.S. Commodity Futures Trading Commission

Street address: 1155 21st Street N.W.

City/State/Zip: Washington, DC 20581

Bar ID Number: 489240 (D.C.)
(See item 3 in instructions)

Telephone Number: 202-418-5958

Email Address: rschwartz@cftc.gov

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 30, 2019

Attorney signature: S/ Robert A. Schwartz
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015