**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC, <br><br> Defendants, | Civil Action No: 15-2881 <br><br> Hon. John Robert Blakey |

**SEALED MOTION BY NON-PARTIES**
**COMMISSIONERS BERKOVITZ AND BEHNAM AND CHAIRMAN TARBERT FOR A**
**STATUS CONFERENCE**

The Court has directed Commissioners Berkovitz and Behnam and Chairman Tarbert of the U.S. Commodity Futures Trading Commission ("CFTC") to appear at the hearing set for October 2, 2019, and has indicated that it is willing to consider the possibility of imposing sanctions against individuals. Commissioners Berkovitz and Behnam and Chairman Tarbert have thus retained separate counsel, who along with this motion are filing notices of appearance. The Commissioners and Chairman hereby respectfully request that the Court hold a status conference at its earliest convenience.

Following this Court's hearing on August 19, 2019, the CFTC began working with the Department of Justice to obtain counsel for the individuals ordered to testify. In September 2019, the Department of Justice contacted undersigned counsel regarding that representation. Undersigned counsel was then retained on September 18, 2019, and promptly began its efforts to become acquainted with the factual and legal issues, having not previously been involved in this case. There is a tremendous amount of work that counsel must conduct to be adequately prepared

for an evidentiary hearing on the pending motion for contempt. A status conference held in advance of the October 2 motion hearing would aid that process by ensuring that counsel have a full and proper appreciation of the Court's expectations.

By this motion, the Commissioners and Chairman also respectfully offer very preliminary suggestions for a framework to address the motion for contempt filed by Kraft Food Groups Inc. and Mondelēz Global LLC (collectively "Kraft") in a manner that reflects the complex legal issues at stake. After there is a better understanding of the Court's expectations, the Commissioners and Chairman would appreciate an opportunity to present their position on the merits.

**ANALYSIS**





## CONCLUSION

The Commissioners and Chairman respectfully request a status conference so their counsel may better appreciate and understand the Court's expectations for the upcoming hearing. A status conference would also allow counsel for the Chairman and Commissioners to present their proposal for the Court to address the legal issues articulated in this motion.

Dated: September 24, 2019                    Respectfully Submitted:


                                             By:  */s/ Zachary T. Fardon*
                                                   Zachary T. Fardon

                                             KING & SPALDING LLP
                                             Zachary T. Fardon
                                             Patrick M. Otlewski
                                             Christopher J. O'Malley
                                             zfardon@kslaw.com
                                             potlweski@kslaw.com
                                             comalley@kslaw.com
                                             353 N. Clark Street, 12th Floor
                                             Chicago, IL 60654
                                             Tel: 312-995-6333
                                             *Attorneys for Non-Party Commissioners*
                                             *Berkovitz and Behnam, and Chairman*
                                             *Tarbert*

## CERTIFICATE OF SERVICE

I hereby certify on September 24, 2019, the foregoing document was filed electronically through the Court's Electronic Case Filing (ECF) System. Service of this document will be made upon all counsel of record by through the Court's ECF system on this date.

<div style="margin-left: 50%;">

*/s/ Zachary T. Fardon*
Zachary T. Fardon
*Attorney for Non-Party Commissioners*
*Berkovitz and Behnam, and Chairman*
*Tarbert*

</div>