# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 26, 2019

*Before*

FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE S. SYKES, *Circuit Judge*

| No. 19-2769 | IN RE: <br> COMMODITY FUTURES TRADING COMMISSION, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:15-cv-02881 <br> District Judge John Robert Blakey ||

The following are before the court:

1. **PETITION FOR A WRIT OF MANDAMUS**, filed on September 13, 2019, by counsel for the petitioner.

2. **MOTION FOR LEAVE TO FILE PETITION FOR A WRIT OF MANDAMUS, MOTION FOR A STAY OF PROCEEDINGS IN THE DISTRICT COURT, AND THIS MOTION UNDER SEAL**, filed on September 13, 2019, by counsel for the petitioner.

3. **MOTION FOR A STAY OF PROCEEDINGS IN THE DISTRICT COURT PENDING THIS COURT'S DECISION ON A PETITION FOR A WRIT OF MANDAMUS**, filed on September 13, 2019, by counsel for the petitioner.

4. **NOTICE OF NEW DOCKET ENTRY IN PROCEEDINGS BEFORE THE DISTRICT COURT**, filed on September 19, 2019, by counsel for the petitioner.

**IT IS ORDERED** that the motion to file under seal is **DENIED**. All papers filed in this court will be placed in the public record on October 1, 2019, unless the parties show before then that a statute or recognized privilege requires secrecy. *See Herrnreiter v. Chi. Hous. Auth.*, 281 F.3d 634, 636-37 (7th Cir. 2002); *Union Oil Co. of Cal. v. Leavell*, 220 F.3d 562, 567-68 (7th Cir. 2000).

No. 19-2769 Page 2

**IT IS FURTHER ORDERED** that the motion for a stay of proceedings is **GRANTED**. Proceedings in the district court are **STAYED** pending resolution of the mandamus petition.

**IT IS FINALLY ORDERED** that Kraft Food Group, Inc., and Mondelez Global LLC, parties-in-interest, shall file a response to the mandamus petition by October 7, 2019. The district judge is respectfully invited to respond to the petition if he so chooses. Fed. R. App. 21(b)(4). The district judge's response, if any, is due by October 7, 2019.