# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC,<br><br>Defendants, | Civil Action No: 15-2881<br><br>Hon. John Robert Blakey |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that attorneys Neel Kumar Chopra, Allison V. Passman, and Stephanie Lynn Reinhart are no longer assigned to this case and the undersigned attorney is substituted in place of those previously designated attorneys.

Date: December 5, 2019

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF U.S. COMMODITY FUTURES TRADING COMMISSION

/s/ Douglas G. Snodgrass

Susan Gradman
Robert Howell
Douglas G. Snodgrass
U.S. Commodity Futures Trading Commission
Division of Enforcement
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0523 (Gradman)
(312) 596-0590 (Howell)
(312) 596-0663 (Snodgrass)
sgradman@cftc.gov
rhowell@cftc.gov
dsnodgrass@cftc.gov