**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 15 C 2881 <br><br> Honorable John Robert Blakey |

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCES**

Pursuant to Local Rule 83.17, Jenner & Block LLP and Eversheds Sutherland (US) LLP hereby move to withdraw the appearances of Ronald Zdrojeski, Laura Raden, and James Thompson on behalf of defendants Kraft Foods Group, Inc. and Mondelēz Global LLC ("Defendants"). Ms. Raden is no longer employed with Eversheds Sutherland. Neither Ms. Raden nor Mr. Zdrojeski has been actively involved in this case since early 2017. Likewise, Mr. Thompson has not been actively involved in the case since the resolution of the discovery dispute between Defendants and non-party Archer Daniels Midland in late 2017.

Defendants will continue to be represented by Dean Panos, Kevin McCall, Nicole Allen, and Tom Quinn of Jenner & Block, and by Gregory Kaufman of Eversheds Sutherland.

| | |
|---|---|
| Dated: December 5, 2019 | Respectfully submitted,<br><br>KRAFT FOODS GROUP, INC. and MONDELĒZ GLOBAL LLC<br><br>/s/ Dean N. Panos<br><br>Dean N. Panos<br>J. Kevin McCall<br>Nicole A. Allen<br>Thomas E. Quinn<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: (312) 222-9350<br><br>Gregory S. Kaufman (*pro hac vice*)<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth St., N.W., Suite 700<br>Washington, D.C. 20001<br>Telephone: (202) 383-0325<br>Email: gregkaufman@eversheds-sutherland.com<br><br>*Attorneys for Kraft Foods Group, Inc. and Mondelēz Global, LLC* |