UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

US Commodity Futures Trading Commission,
et al.

　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:15−cv−02881
　　　　　　　　　　　　　　　　　　　　Honorable John Robert
　　　　　　　　　　　　　　　　　　　　Blakey

Kraft Foods Group, Inc., et al.

　　　　　　　　　　　　　　　　　　　　Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2020:

　　　　MINUTE entry before the Honorable John Robert Blakey: Joint oral motion to stay dispositive motion schedule is granted. The parties are further advised that if the ongoing settlement negotiations and approval process results in a revised proposed Consent Order for this Court's review, then the draft order should be submitted to chambers via the proposed order inbox as soon as possible. Moreover, given the egregious misconduct by Plaintiff, this Court grants in part Defendants' motions 315 and 316, and this Court shall issue findings of fact and conclusions of law by separate order. This matter remains set for a status hearing on 3/26/2020 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.