# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

US Commodity Futures Trading Commission, et al.

                    Plaintiff,

v.

Kraft Foods Group, Inc., et al.

                    Defendant.

Case No.: 1:15−cv−02881

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of the parties' submission to the Court's proposed order inbox. If the parties request that this Court consider the submission as part of the record, then they may file an agreed motion by 8/4/20, setting forth the relevance of this submission to the pending motions [382] [384], and explaining the legal basis for this Court to seal it, or a portion of it, on the public docket. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.