# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

US Commodity Futures Trading Commission, et al.

                Plaintiff,

v.

Kraft Foods Group, Inc., et al.

                Defendant.

Case No.: 1:15−cv−02881

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 15, 2022:

    MINUTE entry before the Honorable John Robert Blakey: In accordance with this Court's prior orders [378] [400], this Court issues its contempt findings. Enter Order. On or before April 29, 2022, the parties shall file a status report and submit, if they wish, an updated proposed Consent Order to this Court's proposed order in−box for review. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.